# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA REYES, a minor, by her parent and next friend, ALFONSO REYES, ANDREA REYES, a minor, by her parent and next friend, ALFONSO REYES, VANESSA N. SANCHEZ, a minor, by her parent and next friend, SANDY SANCHEZ, MARISA PLATERO, a minor by her parent and next friend, ARMANDO PLATERO, ALINA JIMINEZ, a minor, by her parent and next friend, NOEMI JIMINEZ, MELANIE STROHL, by her parent and next friend, DARRELL STROHL, and ADELE MARTINEZ,<br><br>                                    Plaintiff,<br>    vs.<br>CITY OF CHULA VISTA, CALIFORNIA and JOHN GATES, Recreation Supervisor for the City of Chula Vista, in his individual capacity only,<br><br>                                    Defendant. | CASE NO. 05-CV-2309 H (LSP)<br><br>**ORDER SETTING HEARING FOR OCTOBER 24, 2006 AT 10:00 A.M.** |

    Plaintiffs filed this action on December 19, 2005. On September 18, 2006, the Court received a proposed consent decree, a petition for the appointment of guardians ad litem, and a petition for an order approving the compromise of the minors' claims. The Court sets a hearing on these matters for **October 24, 2006 at 10:00 a.m.** The

1  minors' parents must appear at the hearing and should appear in person.  If co-counsel
2  for Plaintiffs, American Family Association Center for Law & Policy, or any of the
3  parents cannot appear in person, however, they may appear by telephone, but must
4  notify the Court in advance of the hearing.
5       IT IS SO ORDERED.
6  DATED: September 22, 2006

           _____
           MARILYN L. HUFF, District Judge
           UNITED STATES DISTRICT COURT

**Copies To:**
Brian Fahling
Steven M. Crampton
Michael J. DePrimo
American Family Association
Center for Law & Policy
P.O. Drawer 2440
107 Parkgate Drive, Ste. 2-B
Tupelo, MS 38803

Dean R. Broyles
Palecek, Skaja & Broyles LLP
300 West Grand Ave.
Escondido, CA 92025

Ann Y. Moore
Bart C. Miesfield
City Attorney's Office
276 4th Ave.
Chula Vista, CA 91910

James J. Rij
Liebman, Quigley, Sheppard & Soulema
110 W. "C" St., Ste. 1000
San Diego, CA 92101

Liseanne R. Kelly
Luce, Forward, Hamilton & Scripps LLP
600 W. Broadway, Ste. 2600
San Diego, CA 92101