2006 SEP 25 AM 9:52

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA REYES, a minor, by her parent and next friend, ALFONSO REYES, ANDREA REYES, a minor, by her parent and next friend, ALFONSO REYES, VANESSA N. SANCHEZ, a minor, by her parent and next friend, SANDY SANCHEZ, MARISA PLATERO, a minor by her parent and next friend, ARMANDO PLATERO, ALINA JIMINEZ, a minor, by her parent and next friend, NOEMI JIMINEZ, MELANIE STROHL, by her parent and next friend, DARRELL STROHL, and ADELE MARTINEZ,<br><br>                              Plaintiff,<br>vs.<br><br>CITY OF CHULA VISTA, CALIFORNIA and JOHN GATES, Recreation Supervisor for the City of Chula Vista, in his individual capacity only,<br><br>                              Defendant. | CASE NO. 05-CV-2309 H (LSP)<br><br>**ORDER SUBSTITUTING ARMANDO PLATERO IN PLACE OF MARIA PLATERO AS PARENT AND NEXT FRIEND FOR MINOR PLAINTIFF MARISA PLATERO** |

On September 21, 2006, the Court received Plaintiffs' unopposed motion to substitute Armando Platero in the place of Maria Platero as parent and next friend of minor Plaintiff Marisa Platero. Given that Maria Platero died in March of 2006, that

Armando and Maria Platero were married and lived together with minor Plaintiff Marisa Platero, and that Armando Platero is the natural and custodial parent of Marisa Platero, the Court GRANTS Plaintiffs' motion. Accordingly, Armando Platero is substituted in place of Maria Platero as parent and next friend of Marisa Platero in this action.

IT IS SO ORDERED.

Dated: 9/22/06

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

**Copies To:**
Brian Fahling
Steven M. Crampton
Michael J. DePrimo
American Family Association
Center for Law & Policy
P.O. Drawer 2440
107 Parkgate Drive, Ste. 2-B
Tupelo, MS 38803

Dean R. Broyles
Palecek, Skaja & Broyles LLP
300 West Grand Ave.
Escondido, CA 92025

Ann Y. Moore
Bart C. Miesfield
City Attorney's Office
276 4th Ave.
Chula Vista, CA 91910

James J. Rij
Liebman, Quigley, Sheppard & Soulema
110 W. "C" St., Ste. 1000
San Diego, CA 92101

Liseanne R. Kelly
Luce, Forward, Hamilton & Scripps LLP
600 W. Broadway, Ste. 2600
San Diego, CA 92101