FILED
OCT 24 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA REYES, a minor, by her parent and next friend, ALFONSO REYES, ANDREA REYES, a minor, by her parent and next friend, ALFONSO REYES, VANESSA N. SANCHEZ, a minor, by her parent and next friend, SANDY SANCHEZ, MARISA PLATERO, a minor by her parent and next friend, ARMANDO PLATERO, ALINA JIMINEZ, a minor, by her parent and next friend, NOEMI JIMINEZ, MELANIE STROHL, by her parent and next friend, DARRELL STROHL, and ADELE MARTINEZ,<br><br>                                    Plaintiff,<br>     vs.<br><br>CITY OF CHULA VISTA, CALIFORNIA and JOHN GATES, Recreation Supervisor for the City of Chula Vista, in his individual capacity only,<br><br>                                    Defendant. | CASE NO. 05-CV-2309 H (LSP)<br><br>**ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

The Court has considered the following Petitions for Appointment of Guardian Ad Litem on this date:

The petition of Alfonso Reyes to be appointed Guardian Ad Litem of Angelica Reyes, a minor;

1 | The petition of Alfonso Reyes to be appointed Guardian Ad Litem of Andrea
2 | Reyes, a minor;
3 | The petition of Sandy Sanchez to be appointed Guardian Ad Litem of Vanessa
4 | N. Sanchez, a minor;
5 | The petition of Armando Platero to be appointed Guardian Ad Litem of Marisa
6 | Platero, a minor;
7 | The petition of Noemi Jiminez to be appointed Guardian Ad Litem of Alina
8 | Jiminez, a minor; and
9 | The petition of Darrell Strohl to be appointed Guardian Ad Litem of Melanie
10 | Strohl, a minor.
11 | On proof made to the satisfaction of the Court, the Court finds that the
12 | appointments are reasonable and appropriate.
13 | IT IS ORDERED:
14 | The petition of Alfonso Reyes is granted, and Alfonso Reyes is appointed
15 | Guardian Ad Litem of Angelica Reyes, a minor, to compromise the claim of said
16 | minor.
17 | The petition of Alfonso Reyes is granted, and Alfonso Reyes is appointed
18 | Guardian Ad Litem of Andrea Reyes, a minor, to compromise the claim of said minor.
19 | The petition of Sandy Sanchez is granted, and Sandy Sanchez is appointed
20 | Guardian Ad Litem of Vanessa N. Sanchez, a minor, to compromise the claim of said
21 | minor.
22 | The petition of Armando Platero is granted, and Armando Platero is appointed
23 | Guardian Ad Litem of Marisa Platero, a minor, to compromise the claim of said minor.
24 | The petition of Noemi Jiminez is granted, and Noemi Jiminez is appointed
25 | Guardian Ad Litem of Alina Jiminez, a minor, to compromise the claim of said minor.
26 | / / / /
27 | / / / /
28 | / / / /

The petition of Darrell Strohl is granted, and Darrell Strohl is appointed Guardian Ad Litem of Melanie Strohl, a minor, to compromise the claim of said minor.

IT IS SO ORDERED.

Dated: 10/25/06

*Marilyn L. Huff*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

**Copies To:**
Brian Fahling
Steven M. Crampton
Michael J. DePrimo
American Family Association
Center for Law & Policy
P.O. Drawer 2440
107 Parkgate Drive, Ste. 2-B
Tupelo, MS 38803

Dean R. Broyles
Palecek, Skaja & Broyles LLP
300 West Grand Ave.
Escondido, CA 92025

Ann Y. Moore
Bart C. Miesfield
City Attorney's Office
276 4th Ave.
Chula Vista, CA 91910

James J. Rij
Liebman, Quigley, Sheppard & Soulema
110 W. "C" St., Ste. 1000
San Diego, CA 92101

Liseanne R. Kelly
Luce, Forward, Hamilton & Scripps LLP
600 W. Broadway, Ste. 2600
San Diego, CA 92101