FILED
OCT 24 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA REYES, a minor, by her parent and next friend, ALFONSO REYES, ANDREA REYES, a minor, by her parent and next friend, ALFONSO REYES, VANESSA N. SANCHEZ, a minor, by her parent and next friend, SANDY SANCHEZ, MARISA PLATERO, a minor by her parent and next friend, ARMANDO PLATERO, ALINA JIMINEZ, a minor, by her parent and next friend, NOEMI JIMINEZ, MELANIE STROHL, by her parent and next friend, DARRELL STROHL, and ADELE MARTINEZ,<br><br>                                    Plaintiff,<br>vs.<br><br>CITY OF CHULA VISTA, CALIFORNIA and JOHN GATES, Recreation Supervisor for the City of Chula Vista, in his individual capacity only,<br><br>                                    Defendant. | CASE NO. 05-CV-2309 H (LSP)<br><br>**ORDER APPROVING COMPROMISE OF MINORS' CLAIMS** |

The Petition of Alfonso Reyes, Sandy Sanchez, Armando Platero, Noemi Jiminez and Darrell Strohl (hereinafter "Petitioners") for approval of the proposed compromise of the claims of the above-named minors, against the City of Chula Vista (hereinafter "payor"), coming on regularly to be heard, upon the evidence introduced, the Court

finds the facts set forth in the Petition of Custodial Parents for Compromise of Minors' Claims are true and that it is in the best interests of the minors that their claims be compromised pursuant to the terms of the Consent Decree filed concurrently with this Order, for the amount stated below, and that the proceeds be paid and used in the manner specifically provided below:

IT IS THEREFORE ORDERED:

A. That the compromise is hereby approved, and that upon payment of the sum of Thirty One Thousand Dollars ($31,000) being the total amount paid by the City of Chula Vista, the entirety of this action and all causes of action, claims and demands are resolved pursuant to the terms of the Consent Decree filed concurrently with this Order.

B. Payor shall distribute the proceeds hereby approved in the following manner: Payor shall deliver one check payable to Palecek, Skaja & Broyles LLP Client Trust Account, 300 West Grand Avenue, Suite 200, Escondido, California, 92025, co-counsel for Plaintiffs.

C. Palecek, Skaja & Broyles LLP shall, within ten (10) days after receiving the check mentioned in paragraph B, distribute the entirety of the proceeds in the following manner:

1. By one check in the sum of Three Thousand Dollars ($3,000) payable to Alfonso Reyes as trustee for Angelica Reyes, a minor;

2. By one check in the sum of Three Thousand Dollars ($3,000) payable to Alfonso Reyes as trustee for Andrea Reyes, a minor;

3. By one check in the sum of Three Thousand Dollars ($3,000) payable to Sandy Sanchez as trustee for Vanessa N. Sanchez, a minor;

4. By one check in the sum of Three Thousand Dollars ($3,000) payable to Armando Platero as trustee for Marisa Platero, a minor;

5. By one check in the sum of Three Thousand Dollars ($3,000) payable to Noemi Jiminez as trustee for Alina Jiminez, a minor;

6. By one check in the sum of Three Thousand Dollars ($3,000) payable to

1           Darrell Strohl as trustee for Melania Strohl, a minor;

2     7.     By one check in the sum of Three Thousand Dollars ($3,000) payable to the adult Plaintiff, Adele Martinez.

D.     Following deposit of all checks payable to Petitioners as trustees for the minors, and issuance of the check payable to Adele Martinez, the balance of the funds paid by the City of Chula Vista pursuant to the Consent Decree, Ten Thousand Dollars ($10,000), shall be distributed as attorneys' fees and costs to counsel for Plaintiffs, American Family Association for Law & Policy and Palecek, Skaja & Broyles LLP as authorized by 42 U.S.C § 1988.

E.     A copy of this Order shall be delivered to counsel for payor forthwith.

IT IS SO ORDERED.

Dated: 10/25/06

                                        MARILYN L. HUFF, District Judge
                                        UNITED STATES DISTRICT COURT

**Copies To:**
Brian Fahling
Steven M. Crampton
Michael J. DePrimo
American Family Association
Center for Law & Policy
P.O. Drawer 2440
107 Parkgate Drive, Ste. 2-B
Tupelo, MS 38803

Dean R. Broyles
Palecek, Skaja & Broyles, LLP
300 West Grand Ave.
Escondido, CA 92025

Ann Y. Moore
Bart C. Miesfield
City Attorney's Office
276 4th Ave.
Chula Vista, CA 91910

James J. Rij
Liebman, Quigley, Sheppard & Soulema
110 W. "C" St., Ste. 1000
San Diego, CA 92101

Liseanne R. Kelly
Luce, Forward, Hamilton & Scripps LLP
600 W. Broadway, Ste. 2600
San Diego, CA 92101