FILED
OCT 24 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA REYES, a minor, by her parent and next friend, ALFONSO REYES, ANDREA REYES, a minor, by her parent and next friend, ALFONSO REYES, VANESSA N. SANCHEZ, a minor, by her parent and next friend, SANDY SANCHEZ, MARISA PLATERO, a minor by her parent and next friend, ARMANDO PLATERO, ALINA JIMINEZ, a minor, by her parent and next friend, NOEMI JIMINEZ, MELANIE STROHL, by her parent and next friend, DARRELL STROHL, and ADELE MARTINEZ,<br><br>Plaintiff,<br>vs.<br>CITY OF CHULA VISTA, CALIFORNIA and JOHN GATES, Recreation Supervisor for the City of Chula Vista, in his individual capacity only,<br><br>Defendant. | CASE NO. 05-CV-2309 H (LSP)<br><br>**CONSENT DECREE** |

The Court believes the entry of this Consent Decree is appropriate and in the public interest;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

I. JURISDICTION AND VENUE

This Court has jurisdiction over the subject matter of this action and over Plaintiffs and Defendants.

II. FINDINGS

A. Plaintiffs ANGELICA REYES, ANDREA REYES, VANESSA N. SANCHEZ, MARISA PLATERO, ALINA JIMINEZ, and MELANIE STROHL, all of whom are minors, are members of a dance troupe called J.C. Dancers (hereinafter "Dance Troupe" or "Girls").

B. Plaintiff ADELE "LITA" MARTINEZ is the instructor and supervisor for the Dance Troupe.

C. The Dance Troupe was scheduled to perform at the Chula Vista Holiday Festival on December 3, 2005.

D. The Dance Troupe arrived on December 3, 2005 at approximately 1:30 p.m. at the Memorial Bowl in Chula Vista, California for the 2:00 p.m. performance. The Girls wore T-shirts that were silk screened with a 5 inch silver cross and silver capital letters which read "Jesus Christ Dancers."

E. The Dance Troupe was told by an employee of the City of Chula Vista that they would not be allowed to perform.

F. The Plaintiffs subsequently filed this lawsuit, alleging Defendants' conduct violated the Establishment clause, their rights to the free exercise of religion, free speech, and equal protection under the law.

III. DECLARATORY RELIEF

The actions by Defendant on December 3, 2005, in refusing to permit Plaintiffs to perform at the Chula Vista Holiday Festival because of the Christian message on their T-shirts and the Christian themed music they planned to dance to violated Plaintiffs' rights under the Establishment Clause, Free Exercise Clause, Free Speech Clause, and the Equal Protection Clause.

/ / / /

IV. <u>OTHER RELIEF</u>

The City of Chula Vista will, within six months following entry of this Order, provide training in the First Amendment to the Constitution of the United States, with emphasis on the rights of religious persons to express their faith in the public square, to all City of Chula Vista police officers at their morning roll call, and also to all City of Chula Vista employees, including John Gates, who are classified as mid-managers and above. The City of Chula Vista will thereafter provide such training at least once annually on a permanent basis.

The City of Chula Vista shall pay the total, undivided sum of Thrity One Thousand Dollars ($31,000) payable to Palecek, Skaja & Broyles, LLP Client Trust Account, co-counsel for Plaintiffs, within thirty(30) days of entry of this Order. Plaintiffs' counsel shall distribute the funds as follows: Three Thousand Dollars ($3,000) to be held in trust for each minor Girl by the parent, next friend, and guardian ad litem of each minor Girl; Three Thousand Dollars ($3,000) to Adele "Lita" Martinez; and Ten Thousand Dollars ($10,000) for attorneys' fees and costs, as further described within the concurrent Order Approving Compromise of Minors' Claims.

Plaintiffs shall file a dismissal of their entire action, with prejudice, against the remaining Defendant, JOHN GATES.

V. <u>FINAL DISPOSITION</u>

This Consent Decree resolves the entire action and all causes of action, claims and demands set forth in Plaintiffs' Complaint, and shall constitute the final disposition of this action between Plaintiffs and Defendant, City of Chula Vista.

IT IS SO ORDERED.

Dated: 10/25/06

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

| | |
|---|---|
| 1 | |
| 2 | **Copies To:**<br>Brian Fahling |
| 3 | Steven M. Crampton<br>Michael J. DePrimo |
| 4 | American Family Association<br>Center for Law & Policy |
| 5 | P.O. Drawer 2440<br>107 Parkgate Drive, Ste. 2-B |
| 6 | Tupelo, MS 38803 |
| 7 | Dean R. Broyles<br>Palecek, Skaja & Broyles LLP |
| 8 | 300 West Grand Ave.<br>Escondido, CA 92025 |
| 9 | Ann Y. Moore |
| 10 | Bart C. Miesfield<br>City Attorney's Office |
| 11 | 276 4th Ave.<br>Chula Vista, CA 91910 |
| 12 | James J. Rij |
| 13 | Liebman, Quigley, Sheppard & Soulema<br>110 W. "C" St., Ste. 1000 |
| 14 | San Diego, CA 92101 |
| 15 | Liseanne R. Kelly<br>Luce, Forward, Hamilton & Scripps LLP |
| 16 | 600 W. Broadway, Ste. 2600<br>San Diego, CA 92101 |
| 17 | |
| ... | |
| 28 | |