☐ ORIGINAL

2006 NOV -8 AM 9: 57

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA REYES, et al., | Case No. 05 CV 2309 H LSP |
| Plaintiffs, | **JOINT MOTION FOR DISMISSAL OF COMPLAINT AS TO DEFENDANT JOHN GATES** |
| v. | |
| CITY OF CHULA VISTA, CALIFORNIA, and JOHN GATES, Recreation Supervisor for the City of Chula Vista, in his individual capacity only, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the complaint in the above-entitled matter shall be dismissed, with prejudice, as to Defendant John Gates.

Dated: 10·30·06         American Family Association Center for Law & Policy

By: Brian Fahling
Attorney for Plaintiffs Reyes, et al.

Dated: 10/24/06         Palecek, Skaja & Broyles, LLP

By: Dean R. Broyles
Attorney for Plaintiffs Reyes, et al.

Case No. 05 CV 2309 H LSP
JOINT MOTION FOR DISMISSAL OF
COMPLAINT

Dated: October 24, 2006

LUCE, FORWARD, HAMILTON & SCRIPPS, LLP

By: _____
Robert A. Levy
Liseanne R. Kelly
Attorneys for Defendant John Gates

## ORDER

IT IS HEREBY ORDERED that the complaint in the above-entitled matter shall be dismissed, with prejudice, as to Defendant John Gates.

Dated: 11/07/06

_____
Judge of the U.S. District Court

3755884.1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## REYES v. CITY OF CHULA VISTA, et al.

Dean R. Broyles, Esq. (SBN 179525)
Carl J. Skaja, Esq. (SBN 185852)
Robert M. Daniels, Esq. (SBN 228109)
PALECEK, SKAJA & BROYLES, LLP
300 West Grand Avenue, Suite 200
Escondido, CA 92025
(760) 747-1985

Attorneys for Plaintiffs ANGELA REYES, et al.

☐ **ORIGINAL**

Case Number: 05 CV 2309 H (LSP)

## DECLARATION OF SERVICE BY MAIL

I the undersigned declare:

I am employed in the County of San Diego, State of California, am over the age of eighteen (18) and not a party to this action. My business address is 300 West Grand Avenue, Suite 200, Escondido, California 92025. I am employed in the office of a member of the State Bar of California, at whose direction the service was made. That I am familiar with the business' practice for collection and processing of correspondence for mailing with the United Postal Service.

On November 3, 2006, I served the following:

1. **JOINT MOTION FOR DISMISSAL OF COMPLAINT AS TO DEFENDANT JOHN GATES**

on all interested parties in said action, by placing a true and correct copy thereof in an envelope and causing such envelope, with all postage thereon fully prepaid, to be send by:

<u>xx</u>   **MAIL** – Placed in the United States mail at Escondido, CA on November 3, 2006, and addressed as follows:

James J. Rij, Esq.
LIEBMAN, QUIGLEY, SHEPPARD & SOULEMA
110 W. "C" Street
Suite 1000
San Diego, CA  92101-3947
Tele (619) 232-0777
Fax (619) 238-5442
Attorney for Defendant, City of Chula Vista

Liseanne R. Kelly, Esq.
LUCE, FORWARD, HAMILTON & SCRIPPS, LLP
600 West Broadway
Suite 2600
San Diego, CA 92101
Tele direct (619) 699-2496
Fax direct (619) 645-5370
Attorney for Defendant, John Gates

Ann Y. Moore, Esq.
Bart C. Miesfeld, Esq.
City Attorney's Office
276 Fourth Ave.
Chula Vista, CA 91910

Brian Fahling, Esq.
AFA Center For Law & Policy
P.O. Drawer 2440
Tupelo, MS 38803-2440
Attorney for Lita Ramierez, et al.
Tele (662) 680-3886

Executed on this 3nd day of November, 2006, at Escondido, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Susan Sherman*
Susan Sherman

Proof of Service